FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 0 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# SEALED

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Andre Michael Enciso,<br>a.k.a.: Andre Miguel Enciso,<br>a.k.a.: Andre Miguel Rosario Enciso,<br><br>    Defendant. | CR-17-01258-PHX-JJT (MHB)<br><br>**INDICTMENT**<br><br>VIO: 21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>(Possession With Intent to Distribute Heroin, a Controlled Substance)<br>Count 1 |

THE GRAND JURY CHARGES:

On or about February 9, 2016, in the District of Arizona, Defendant ANDRE MICHAEL ENCISO, a.k.a. ANDRE MIGUEL ENCISO, a.k.a. ANDRE MIGUEL ROSARIO ENCISO, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: September 20, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/*
CHRISTINA WU COVAULT
Assistant U.S. Attorney